UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-21863 CIV-KING

ANTHONY SCOTT POULIN,

    Plaintiff,

vs.

WACHOVIA BANK, N.A.,

    Defendant.

_____/

### ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF TED TRIEF, ESQ., CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Ted Trief, Esq. and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Ted Trief, Esq. in this matter and request to electronically receive notice of electronic filings.

This Court having considered the motion and all other relevant factors, it is hereby **ORDERED and ADJUDGED** that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is **GRANTED**. Ted Trief, Esq. is permitted to appear and participate in this action on behalf of Anthony Scott Poulin. The Clerk shall provide electronic notification of all electronic filings to Ted Trief, Esq. at ttrief@triefandolk.com.

**DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of July, 2009.

_James Lawrence King_
United States District Judge

Copies furnished to:
David H. Lichter, Esq.
Peter S. Pearlman, Esq.
Robert C. Josefsberg, Esq.